```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANLEY KOSHY,
                        Plaintiff,                17 CIVIL 7781 (VB)

        -against-                                 JUDGMENT

REGENERON PHARMACEUTICALS, INC.,
                        Defendant.
------------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 18, 2019, defendant's motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
December 18, 2019

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                        BY:             _____
                                        **Deputy Clerk**